IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3051 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALAN M. FITZGERALD, II, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's unopposed motion to continue sentencing (filing 46) is granted.

(2)   Defendant Fitzgerald's sentencing is continued to Wednesday, December 21, 2011, at 12:00 noon, before the undersigned United States district judge, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

Dated November 28, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge